# Third District Court of Appeal

## State of Florida

Opinion filed February 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-616
Lower Tribunal No. 18-6389-CC
_____

**Restoration Genie, Inc. a/a/o Rosa Trujillo,**
Appellant,

vs.

**People's Trust Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Giasi Law, P.A., Erin M. Berger, and Melissa A. Giasi (Tampa), for appellant.

Brett Frankel and Jonathan Sabghir (Deerfield Beach); Cole, Scott & Kissane, P.A. and Mark D. Tinker (Tampa), for appellee.

Before FERNANDEZ, C.J., and SCALES, and GORDO, JJ.

PER CURIAM.

Affirmed.